



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Midwest Operating Engineers Welfare Fund, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) Case No. 24-cv-9681 <br> Tyro Construction, Inc., et al., ) <br> ) <br> ) Judge: John J. Tharp, Jr. <br> Defendants, ) <br> ) Return Date: October 24, 2025 <br> and ) <br> ) <br> Lorig Construction Company ) <br> 250 E. Touhy Avenue ) <br> Des Plaines, IL 60018 ) <br> ) <br> Garnishee. ) | |

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Charles R. Kiser, on oath, states as follows:

1. A Consent Judgment was entered in this case on June 10, 2025 in favor of the judgment creditors MIDWEST OPERATING ENGINEERS WELFARE FUND, ET AL., and against the judgment debtor TYRO CONSTRUCTION, INC., ET AL., for **$146,486.11**.

2. $0 has been paid on the judgment.

3. There is unpaid on the judgment:

   | | |
   |---|---|
   | $140,697.93 | principal, interest |
   | $863.18 | costs |
   | $4,925.00 | fees |
   | **$146,486.11** | **TOTAL** |

4. I believe garnishee LORIG CONSTRUCTION COMPANY is or will be indebted to judgment debtor TYRO CONSTRUCTION, INC. other than wages, or has in its possession, custody or control property belonging to it or in which it has an interest.

5. The last known address of the judgment debtor is 2332 S. Michigan Avenue, Chicago, Illinois 60616.

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON October 9, 2025**.

s/Charles R. Kiser

Charles R. Kiser
Attorney for Plaintiffs
Institute for Worker Welfare, P.C.
6140 Joliet Road
Countryside, IL 60525
Ph. (708) 579-6663
Fx. (708) 588-1647