MR



**FILED**
OCT 27 2025 JKS
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

10/15/2025

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION
CLERK OF COURT-U.S COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO IL 60604

RE: TYRO CONSTRUCTION INC
Social Security Number: 7241
Case Number: 24CV9681
Reference Number: 20251014000091

Please see the enclosed documents related to your order.

If you have any questions, please call us at (800) 480-2265, daily 7:00 a.m. to 8:00 p.m. ET.

Sincerely,

Huntington Court Order Processing

Enclosure

Member FDIC. ®® and Huntington® are federally registered service marks of Huntington Bancshares Incorporated.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Midwest Operating Engineers Welfare Fund, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 24-cv-9681 |
| v. | ) ) | Judge: John J. Tharp, Jr. |
| Tyro Construction, Inc., et al., | ) ) ) | |
| Defendants. | ) | |

**INTERROGATORIES TO GARNISHEE**

1. When you were served with summons, did you have in your possession, custody or control any property belonging to judgment debtor Tracy Perkins or in which she had an interest?

   ANSWER: __YES__
   (Yes or No)

2. If your answer is yes, describe the property:
   __BANK ACCOUNT, CHECKING   NEGATIVE  -$1962.74__

   __BANK ACCOUNT  SAVINGS   $ 0.00  APPLIED TO BANK PROCESSING FEE__

3. When you were served with the summons, were you otherwise indebted to her, no matter when payable?

   ANSWER: __NO__
   (Yes or No)

4. If your answer is yes, state:

   Description: _____
   Amount: $ _____
   Date Due: _____

5. A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

Cheryl Gutzeit

614-331-3523

__HUNTINGTON NATIONAL BANK__  to the interrogatories are true.

10-15-2025

*Cheryl Gutzeit*

**Huntington**



The Huntington National Bank
5555 Cleveland Avenue - GW4W34
Columbus, OH 43231

9-740-00333-0000046-001-01-000-000-000-000



UNITED STATES DISTRICT COURT FOR THE N
OF ILLINOIS EASTERN DIVISION
CLERK OF COURT-U.S COURTHOUSE
219 S DEARBORN ST
CHICAGO IL 60604-1702






Presorted First-Class Mail
U.S. Postage Paid
VSI

**RETURN SERVICE REQUESTED**

RECEIVED
OCT 27 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

033    I-AAAP1 60604