# AFFIDAVIT OF SERVICE

| Case: 24cv9681 | Court: In The United States District Court for the Northern District of Illinois, Eastern Division | County: | Job: 15076520 |
|---|---|---|---|
| Plaintiff / Petitioner: MOEW Fund | | Defendant / Respondent: Tracy Perkins & Tyro Construction, Inc | |
| Received by: Blue 22, LLC. | | For: Institute for Worker Welfare, PC | |
| To be served upon: Tracy Perkins c/o Allocco, Miller & Cahill PC | | | |

William Vincent deposes and says that he/she is either a licensed and/or registered employee/agent of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure, Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause.

**Recipient Name / Address:** Tracy Perkins c/o Allocco, Miller & Cahill PC by Todd Miller, 20 North Wacker Drive 3517, Chicago, IL 60606
**Manner of Service:** Personal/Individual, Jan 29, 2026, 11:51 am CST
**Documents:** Citation Notice; Citation to Discover Assets; $40.00 Check (Received Jan 27, 2026 at 12:00am CST)

**Additional Comments:**
1) Successful Attempt: Jan 29, 2026, 11:51 am CST at 20 North Wacker Drive 3517, Chicago, IL 60606 received by Tracy Perkins c/o Allocco, Miller & Cahill PC by Todd Miller. Age: 50s; Ethnicity: Caucasian; Gender: Male; Weight: Avg; Height: 6'1"; Hair: Brown; Relationship: Attorney;

Under penalties of perjury as provided by law pursuant to section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

*William Vincent*    01-29-2026

William Vincent    Date
117-000192 Licensed Detective Agency